United States District Court
Southern District of Texas
**ENTERED**
August 24, 2018
David J. Bradley, Clerk

Cause Number: <u>4-18-1753</u>

Style:   <u>Mims v. Government Employees Insurance Co (GEICO) et al</u>

**Appearances:**
Counsel:                                              Representing:

<u>Mo Taherzadeh</u>                                  **Plaintiff, Mims**

<u>Kimberly Moore</u>                                 **Defendant, GEICO**

<u>Date</u>:    <u>8/24/2018</u>                    Reporter:     <u>Warner</u>
                                                      Law Clerk:    <u>L. Serhan</u>
Time:    ___/___ a.m.
         3:10 / 3:15 p.m.

**HEARING**
<u>MINUTES AND ORDER</u>

At the hearing the following rulings were made:

[3] The motion to dismiss, Docket Entry No. 3, is MOOT in light of Plaintiff's Complaint following removal and for the reasons stated on the record

Docket Control Order Entered

The Clerk will file the Minutes and Order and provide copies to the parties.

_[signature]_
Sim Lake
**United States District Judge**