IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARNEGIE HARVARD MIMS, III, *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-01753 |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, *Defendant*. | § § § § § | JURY TRIAL DEMANDED |

## ORDER

The Court, having considered Plaintiff's unopposed motion to extend the dispositive motion deadline, hereby **GRANTS** Plaintiff's motion to extend. The Court's deadline for any party to file dispositive motions is extended to June 3, 2019.

Signed __MARCH 20__, 2019.

THE HONORABLE SIM LAKE,
UNITED STATES DISTRICT JUDGE

1