IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARNEGIE HARVARD MIMS, III, | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-01753 |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | § § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § | |

## Plaintiff's Notice of Dismissal with Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Carnegie H. Mims, III respectfully files this voluntary Notice of Dismissal with Prejudice as to Defendant Government Employees Insurance Company. The parties have resolved this dispute. Counsel for the parties stipulate to this dismissal with prejudice, as indicated by counsel's signatures below.

Date: June 13, 2019

Respectfully submitted,

**APPROVED AND ENTRY REQUESTED:**

By: */s/ Mo Taherzadeh*
**MO TAHERZADEH**
Taherzadeh, PC
Texas Bar No. 24028022
Federal Bar No. 29596
mo@taherzadehlaw.com
550 Post Oak Blvd.
Suite 580
Houston, Texas 77027
713.360.6055

**ATTORNEY FOR PLAINTIFF**
**CARNEGIE MIMS III**

AND

*/s/ Kimberly S. Moore*
**KIMBERLY S. MOORE**
State Bar No. 00784629
kim.moore@clarkhillstrasburger.com
**TOLU O. BABADE**
State Bar No. 24091231
tolu.babade@clarkhillstrasburger.com

**CLARK HILL STRASBURGER**
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034
469.287.3900
469.287.3999 Fax

**ATTORNEYS FOR DEFENDANT**
**GEICO**

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019**,** a copy of the foregoing instrument was served on all counsel of record via the Court's ECF system.

*/s/ Mo Taherzadeh*
Mo Taherzadeh